# ORDER TO SHOW CAUSE

At IAS Part 50 of the Supreme Court of the State of New York, at the Courthouse thereof, located at 60 11 Centre Street, New York, New York, on the 5th day of October, 2007.

PRESENT: Hon. _____ J.S.C

SUPREME COURT OF NEW YORK
COUNTY OF NEW YORK

SUNNYSIDE DEVELOPMENT COMPANY, LLC,

             Petitioner,

-v-

BANK OF NEW YORK (as escrow agent),
CAMBRIDGE DISPLAY TECHNOLOGY. INC. and
OPSYS MANAGEMENT LIMITED,

             Respondents.

ORDER TO SHOW CAUSE

Index No. 113404-07

Upon reading and filing the Verified Petition of Sunnyside Development Company LLC, along with the Affirmation of Christoph C. Heisenberg, sworn to the 4th day of October 2007, and the exhibits attached thereto, and upon all of the papers and proceedings had herein

LET the respondents or their attorneys show cause at IAS Part & Room 540 of this court to be held at the Courthouse, 60 Centre Street, New York, NY on the [12th] 15th day of October 2007 at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel may be heard why an order should not be made:

Directing the respondent Bank of New York to turn over to Petitioner, pursuant to CPLR §§5225(b) and CPLR 5227, any assets held by it in the escrow account established on December 29, 2004.

1

Sufficient cause appearing therefore, let service of a copy of this Order, the Verified Petition, the Memorandum of Law, and the Affirmation of Christoph C. Heisenberg, in the following forms, be deemed good and sufficient service:

(1) Personal service upon respondent Bank of New York (to Alexander Shapiro, Esq.) on or before the 9/14 day of October, 2007, and

(2) Personal service upon Pillsbury Winthrop Pittman & Shaw LLP, attention Maria T. Galeno, Esq., counsel for respondents Cambridge Display Technology, Inc. and Opsys Limited on or before the 9/14 day of October, 2007, and

(3) By Federal Express to Opsys Management Limited c/o Andrew Holmes, Quester Capital Management Ltd, 29 Queen Anne's Gate, London SW1H 9BU with electronic mail to Michael.holmes@opsysdisplays.com and alexis.zervoglos@opsysdisplays.com (as provided in the Escrow Agreement to which Opsys Management Limited is a party) sent on or before the 9/14 day of October, 2007.

A copy of an affidavit or other proof of service shall be filed with the County Clerk after service and the original thereof shall be presented to this court on the return date directed in the second paragraph of this order, and in the meantime it is:

ORDERED that, pending hearing and determination of this application, the Bank of New York is restrained from transferring any of the assets in the escrow account.

Respondent's' answering papers, if any, shall be served on or before ~~October 15, 2007~~ the return date

ENTER

_____
J. S. C.
**HON. LEWIS BART STONE**

PT. 505
OCT 5 2007

2