# NOTICE OF FILING

EXHIBIT B.doc

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SUNNYSIDE DEVELOPMENT COMPANY, LLC,

                Petitioner,

-v-

BANK OF NEW YORK (as escrow agent),
CAMBRIDGE DISPLAY TECHNOLOGY, INC. and
OPSYS LIMITED,

                Respondents.

Index No. 113409/ 07

NOTICE OF FILING

    PLEASE TAKE NOTICE, pursuant to CPLR 5403, that the within is a true copy of an Judgment filed and docketed in the office of the Clerk of the within named Court on October 4, 2007.

Dated: New York, New York
         October 5, 2007

                                        TRAIGER & HINCKLEY LLP
                                        By_____
                                            George R. Hinckley Jr.

                                        880 Third Avenue
                                        New York, New York 10022-4730
                                        Tel. (212) 759-4933
                                        Fax (212) 656-1531

                                        Attorneys for Petitioner

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY, LLC,<br><br>       Judgment Creditor,<br><br>    v.<br><br>OPSYS LIMITED,<br>a United Kingdom Company,<br><br>       Judgment Debtor. | Index No. 07113409<br><br>**AFFIDAVIT OF JUDGMENT CREDITOR PURSUANT TO CPLR§ 5402(a)** |

State of California )
        ) ss:
County of Alameda )

  FRANK CHIU, being duly sworn, deposes and says:

  1. I am a Manager of the Judgment Creditor, Sunnyside Development Company LLC, and have personal knowledge of the facts set forth in this Affidavit. I make in this affidavit in support of the Judgment Creditor's application for the filing of a Judgment pursuant to CPLR§ 5402 (a).

  2. Annexed hereto is an exemplified copy of a judgment of the United States District Court for the Northern District of California in favor of Sunnyside

Development Company LLC and against OPSYS

$4,853,017.00 (four million, eight hundred and fifty-three thousand and seventeen dollars and no cents) with interest thereon at the rate of 4.95 per cent, and its costs of action (the "Judgment.").

3. The Judgment was not obtained by default in appearance or by confession of judgment. It was obtained after a trial by jury.

4. The Judgment has not been satisfied in whole or in part. The remaining unpaid amount of this judgment is $4,853,017.00 (four million, eight hundred and fifty-three thousand and seventeen dollars and no cents) with interest thereon at the rate of 4.95 per cent.

5. The enforcement of the Judgment has not been stayed in the State of California.

6. The Judgment is a final determination of the court and can be executed upon by any sheriff in the State of California.

7. The Judgment Debtor's name and last known address is as follows:

> OPSYS LIMITED
> Unit 8 Begbroke Business & Science Park, Sandy Lane,
> Yarton, Kidlington, Oxfordshire, OX5 1PF, England

8. The Judgment Creditor's name and address is as follows:

> SUNNYSIDE DEVELOPMENT COMPANY, LLC
> 19000 Sunnyside Drive
> Saratoga, CA 95070

2



9. Wherefore, I respectfully request that the Judgment be filed by the Clerk pursuant to CPLR§ 5402 (a).

Frank Chiu

Sworn to before me
this 21 day of September, 2007

Notary Public

JEREMY KWAN
Commission # 1514227
Notary Public - California
Alameda County
My Comm. Expires Sep 18, 2008

FILED

OCT -4 2007

COUNTY CLERK'S OFFICE
NEW YORK

Docketed As A foreign Judgment from the State of California pursuant to CPLR 5402 NC filed.

3

# UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

## EXEMPLIFICATION CERTIFICATE

I, RICHARD W. WIEKING, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

JUDGMENT (Fed.R.Civ.P. 58)

are true copies of records of this Court.
In testimony whereof I sign my name and affix the seal of this Court, in this District, at
San Francisco _____ on September 26, 2007 _____
                         City                                                                 Date

Richard W. Wieking
Clerk                                                          (By) Deputy Clerk ANTHONY W. BOWSER

I, _____ MARILYN HALL PATEL _____, a Judicial Officer of this Court, ,
certify that _____ ANTHONY W. BOWSER _____, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

September 26, 2007 _____
Date                                                     Signature of Judicial Officer

                                                  United States District Court Judge
                                                  Title

I, RICHARD W. WIEKING, Clerk of this United States District Court, keeper of the seal, certify that the Honorable
_____ MARILYN HALL PATEL _____
                  Judicial Officer
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.
    In testimony whereof I sign my name, and affix the seal of this Court at 450 Golden Gate Avenue

San Francisco _____ in this State, on October 2, 2007 _____
                         City                                                                 Date
Richard W. Wieking
Clerk                                                          (By) Deputy Clerk ANTHONY W. BOWSER

**FILED**
**OCT - 4 2007**
**COUNTY CLERK'S OFFICE**
**NEW YORK**

*ATTEST: [stamp] is a true and correct copy of the original on file in my office.*
*RICHARD W. WIEKING*
*Clerk, U.S. District Court*
*Northern District of California*
*By_____ Date_____*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SUNNYSIDE DEVEOPMENT COMPANY, LLC.,

    Plaintiff,

v.

OPSYS LIMITED, a United Kingdom Company,

    Defendant.

No. C 05-00553 MHP

**JUDGMENT**
(Fed.R.Civ.P. 58)

    This action came on for trial before the court, the Honorable Marilyn Hall Patel, United States District Judge, presiding, and the issues having been duly tried before a jury and the jury having duly rendered its verdict,

    IT IS HEREBY ORDERED AND ADJUDGED that plaintiff, SUNNYSIDE DEVELOPMENT COMPANY, LLC., recover of the defendant OPSYS LIMITED, the sum of $4,853,017.00, with interest thereon at the rate of 4.95 percent as provided by law, and its costs of action.

Date: May 29, 2007

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California