# EXHIBIT A TO THE AFFIRMATION

United States District Court
For the Northern District of California

E-Filing

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNNYSIDE DEVEOPMENT COMPANY, LLC.,

    Plaintiff,

    v.

OPSYS LIMITED, a United Kingdom Company,

    Defendant.

No. C 05-00553 MHP

JUDGMENT
(Fed.R.Civ.P. 58)

    This action came on for trial before the court, the Honorable Marilyn Hall Patel, United States District Judge, presiding, and the issues having been duly tried before a jury and the jury having duly rendered its verdict,

    IT IS HEREBY ORDERED AND ADJUDGED that plaintiff, SUNNYSIDE DEVELOPMENT COMPANY, LLC., recover of the defendant OPSYS LIMITED, the sum of $4,853,017.00, with interest thereon at the rate of 4.95 percent as provided by law, and its costs of action.

Date: May 29, 2007

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California