PILLSBURY WINTHROP SHAW PITTMAN LLP
Maria T. Galeno, Esq. (MG-6189)
John E. Davis, Esq. (JD-1445)
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Telefax: (212) 858-1500

*Attorneys for Respondent Cambridge Display Technology, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY, LLC<br><br>                  Petitioner,<br><br>    -against-<br><br>BANK OF NEW YORK (as escrow agent),<br>CAMBRIDGE DISPLAY TECHNOLOGY, INC., and<br>OPSYS MANAGEMENT LIMITED,<br><br>                  Respondents. | Case No. _____ |

**APPENDIX OF PROCESS, PLEADINGS AND ORDERS**
**UNDERLYING NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446(A)**