# EXHIBIT B

SUPREME COURT
COUNTY OF NEW YORK

Index No. 113409/07

SUNNYSIDE DEVELOPMENT COMPANY, LLC,
              Judment Creditor,

v.

OPSYS LIMITED,
a United Kingdom Company,
              Judgment Debtor.

RESTRAINING NOTICE
TO GARNISHEE

Re: OPSYS LIMITED
       Judgment Debtor

The People of the State of New York

TO BANK OF NEW YORK (Corporate Trust Dept., Odell Romeo, Asst. Treasurer)
(101 Barclay St., 8th Fl.W., New York, NY )    Garnishee: GREETING:

WHEREAS, in an action in the United States District Court for the Northern District of California between SUNNYSIDE DEVELOPMENT COMPANY, LLC, OPSYS LIMITED, as plaintiff(s) and as defendant(s) who are all the parties named in said action, a judgment was entered on May 29, 2007 in favor of SUNNYSIDE DEVELOPMENT COMPANY, LLC judgment creditor(s) and against OPSYS LIMITED judgment debtor(s) in the amount of $4,853,017.00 of which $4,853,017.00 together with interest thereon from May 29, 2007 remains due and unpaid;

WHEREAS, the Judgment has been duly filed with the New York County Clerk pursuant to CPLR sec. 5402(a);

WHEREAS, it appears that you owe a debt to the judgment debtor or are in possesion or in custody of property in which the judgment debtor has an interest; *

The shares of CDT, Inc. stock, or the proceeds received thereon, held by you pursuant to a Dec. 29, 2004 escrow agreement between the Bank of New York, CDT, Inc. and Opsys Management Limited, including the shares held in account number 272698. Judgment Debtor retains an interest in these funds.

TAKE NOTICE that pursuant to CPLR §5222(b), which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, or any interference with any property in which you have an interest, except as therein provided.

TAKE FURTHER NOTICE that this notice also covers all property in which the judgment debtor has an interest hereafter coming into your possession or custody, and all debts hereafter coming due from you to the judgment debtor.

CIVIL PRACTICE LAW AND RULES

Section 5222(b) Effect of restraint; prohibition of transfer; duration. A judgment debtor or obligor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he or she has an interest, except upon direction of the sheriff or pursuant to an order of the court, until the judgment or order is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor or obligor is effective only if, at the time of service, he or she owes a debt to the judgment debtor or obligor, or he or she is in the possession or custody of property in which he or she knows or has reason to believe the judgment debtor or obligor has an interest, or if the judgment creditor or support collection unit has stated in the notice that a specified debt is owed by the person served to the judgment debtor or obligor or that the judgment debtor or obligor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor or obligor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor or obligor, shall be subject to the notice. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him or her, or until the judgment or order is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor or obligor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor or obligor in an amount equal to twice the amount due on the judgment or order, the restraining notice is not effective as to other property or money.

TAKE FURTHER NOTICE that disobedience of this Restraining Notice is punishable as a contempt of court.

Dated: ~~September~~ Oct. 4, 2007

The name signed must be printed beneath

.................................................
George R. Hinckley, Jr., Esq.
~~Attorney(s) for Judgment Creditor~~ Traiger & Hinckley LLP
Office and Post Office Address: 880 Third Ave. 9th Floor
New York, NY 10022
(212) 759-4933

* Space provided if debt or property is to be specified.