UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUNNYSIDE DEVELOPMENT COMPANY, LLC

            Petitioner,

-against-

BANK OF NEW YORK (as escrow agent),
CAMBRIDGE DISPLAY TECHNOLOGY, INC., and
OPSYS MANAGEMENT LIMITED,

            Respondents.

Case No. _____

**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Respondent Cambridge Display Technology, Inc. ("CDT Inc."), a private non-governmental party, states that Sumitomo Chemical Co., Ltd. is the direct parent corporation of CDT Inc., and further states that there is no publicly held corporation that directly owns 10% or more of the stock of CDT Inc.

New York, New York
Dated: October 12, 2007

            Respectfully submitted,

            PILLSBURY WINTHROP SHAW PITTMAN LLP

            By: _____
            Maria T. Galeno, Esq. (MG-6189)
            John E. Davis, Esq. (JD-1445)
            1540 Broadway
            New York, New York 10036
            Telephone: (212) 858-1000
            Facsimile: (212) 858-1500

*Attorneys for Respondent Cambridge Display Technology, Inc.*

OF COUNSEL:
Bruce A. Ericson, Esq.
Alice K. M. Hayashi, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1500
Facsimile: (415) 983-1200

500177976v1