UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUNNYSIDE DEVELOPMENT COMPANY, LLC,

                Petitioner,

- against -

BANK OF NEW YORK (as escrow agent),
CAMBRIDGE DISPLAY TECHNOLOGY, INC.
and OPSYS MANAGEMENT LIMITED,

                Respondents.

Case No.: 07CV8825 (LLS)

**NOTICE OF APPEARANCE**

---

     **PLEASE TAKE NOTICE** that the law firm of Emmet, Marvin & Martin, LLP, hereby appears as counsel of record for Respondent The Bank of New York (incorrectly named in the caption as "Bank of New York (escrow agent)"). Please serve copies of all papers at the address listed below.

Dated: New York, New York
       October 22, 2007

                                   EMMET, MARVIN & MARTIN, LLP

                                   By: _____
                                       Kenneth M. Bialo (KB2145)
                                       Matthew K. McCoy (MM5882)

                                   120 Broadway, 32nd Floor
                                   New York, New York 10271
                                   Phone: (212) 238-3000

                                   *Attorneys for Respondent The Bank of New York*