UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUNNYSIDE DEVELOPMENT COMPANY, LLC,

            Petitioner,

- against -

BANK OF NEW YORK (as escrow agent),
CAMBRIDGE DISPLAY TECHNOLOGY, INC.
and OPSYS MANAGEMENT LIMITED,

            Respondents.

Case No.: 07CV8825 (LLS)

**RESPONDENT THE BANK OF NEW YORK'S RULE 7.1 DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for The Bank of New York ("BNY") (incorrectly sued herein as "Bank of New York (as escrow agent)") states as follows:

The Bank of New York Mellon Corporation is the parent company of BNY.

The Bank of New York Mellon Corporation is a publicly held corporation that owns 10% or more of the stock of BNY.

Dated: New York, New York
       October 22, 2007

                        EMMET, MARVIN & MARTIN, LLP

                        By: _____
                            Kenneth M. Bialo (KB2145)
                            Matthew K. McCoy (MM5882)

                        120 Broadway, 32nd Floor
                        New York, New York  10271
                        Phone:  (212) 238-3000

                        *Attorneys for Respondent The Bank of New York*