UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNNYSIDE DEVELOPMENT COMPANY, LLC,

                Plaintiff,

-v-

BANK OF NEW YORK (as escrow agent); CAMBRIDGE DISPLAY TECHNOLOGY, INC.; and OPSYS MANAGEMENT LIMITED,

                Defendants.

**RULE 7.1 DISCLOSURE**

Case No. 07-cv-08825 (LLS)

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Sunnyside Development Company, LLC certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

    Dated: October 24, 2007

                                      s/_____
                                      Christoph C. Heisenberg

                                Attorney Bar Code:  CCH-8736