PILLSBURY WINTHROP SHAW PITTMAN LLP
Maria T. Galeno, Esq. (MG-6189)
John E. Davis, Esq. (JD-1445)
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Telefax: (212) 858-1500

*Attorneys for Respondent Cambridge Display Technology, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNNYSIDE DEVELOPMENT COMPANY, LLC

      Petitioner,

   -against-

BANK OF NEW YORK (as escrow agent),
CAMBRIDGE DISPLAY TECHNOLOGY, INC., and
OPSYS MANAGEMENT LIMITED,

      Respondents.

Case No. 07-CV-8825 (LLS) (THK)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of John E. Davis, dated October 25, 2007, with attached exhibits, and all other pleadings and proceedings previously had herein, Respondent Cambridge Display Technology, Inc. ("CDT Inc."), by and through its undersigned counsel, will move this Court at the United States Court House, 500 Pearl Street, New York, New York, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing, without leave to amend, the Turnover Petition of Petitioner Sunnyside Development Company, LLC ("Sunnyside") brought by way of an Order to Show Cause dated October 5, 2007 (the "Turnover Petition"), for lack of standing and failure to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's direction, opposition papers, if any, shall be served by November 1, 2007, and, pursuant to Local Rule 6.1, CDT Inc.'s reply papers, if any, will be served within five (5) days thereafter, unless otherwise provided.

Dated:  New York, New York
        October 25, 2007

                              PILLSBURY WINTHROP SHAW PITTMAN LLP

                              By: _____
                                  Maria T. Galeno, Esq.
                                  John E. Davis, Esq.
                                  1540 Broadway
                                  New York, New York  10036
                                  Telephone: (212) 858-1000
                                  Facsimile: (212) 858-1500

                                  *Attorneys for Respondent*
                                  *Cambridge Display Technology, Inc.*

OF COUNSEL:

Bruce A. Ericson, Esq.
Alice K. M. Hayashi, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200