

Building 2020
Cambourne Business Park
Cambridgeshire CB3 6DW
Tel +44 (0) 1954 713600
Fax +44 (0) 1954 713620
www.cdtltd.co.uk

The Bank of New York
Corporate Trust Division
101 Barclay St., 8th Floor West
New York, NY 10286
Attention: Odell Romeo
          Assistant Treasurer

Cc: Opsys Management Limited
C/o Andrew Holmes
Quester Capital Management Limited
29 Queen Anne's Gate
London SW1H 9BU

Cc: Michael Holmes
3 Capel Close
Oxford OX2 7LA

Cc: Alexis Zervoglos
15 Ranelagh Grove
London SW3 4TB

2nd February 2005

Disbursement Notice

Dear Odell,

Pursuant to Section 4(e) of the Escrow Agreement dated 29th December 2004 between Cambridge Display Technology, Inc., Opsys Management Limited and The Bank of New York (the "Escrow Agreement") we hereby give notice to the Bank of New York as Escrow Agent that a claim has been asserted against Opsys Limited by Sunnyside Development Company, LLC for an amount in excess of $35,000,000 (the "Claim"). In addition to the Claim, we estimate in good faith that our reasonable attorney's fees and expenses will be in excess of $500,000. Therefore, the Claimed Amount (as such term is defined in the Escrow Agreement) is $35,500,000 (thirty-five million five hundred thousand dollars).

The Claim relates to the rental of a property at 47375 Fremont Blvd, Fremont, California, USA. The Plaintiff alleges that the lease on this property was breached by Opsys Limited and that Gary Rhea and Michael Holmes made fraudulent misrepresentations to Sunnyside in order to induce them to lease the property to Opsys Limited.

The number of shares of Common Stock deposited in the General Sub-account pursuant to the Escrow Agreement was 209, 617.00 that, at the IPO price of $12 per share of Common Stock, have a total value of $2,515,404 (two million five hundred

and fifteen thousand four hundred and four dollars). Therefore, as the Claimed Amount is $35,500,000, we hereby request that you transfer all CDT Shares held by The Bank of New York as General Escrow Shares in the General Sub-account to Cambridge Display Technology, Inc. in accordance with Section 4(e) of the Escrow Agreement by delivery of the relevant share certificate(s) to the following address on the 20th Business Day following your receipt of this Notice:

Attention: Adrian Rainey
Cambridge Display Technology, Inc
2020 Cambourne Business Park
Cambridgeshire
CB3 6DW
UK

Terms used not defined in this Notice have the meaning given to them in the Escrow Agreement.

I would be grateful if you could acknowledge receipt of this Notice by signing and dating one copy and returning it to the address above.

Yours sincerely,

Stephen Chandler

Vice-President, Legal & IP and Corporate Secretary
Cambridge Display Technology, Inc.

Receipt is acknowledged by The Bank of New York acting by:

Name:

Title:

Date:

CONFIDENTIAL

OPS 06708