

Cambridge Display Technology, Inc.
Building 2020
Cambourne Business Park
Cambridgeshire CB3 6DW
Attention: Adrian Rainey

Cc: The Bank of New York
Corporate Trust Division
101 Barclay Street, 8th Floor West
New York, NY 10286
Attention: Odell Romeo (Assistant Treasurer)

10 February 2005

Dear Adrian,

Re: Contest Notice in response to Disbursement Notice dated 2 February 2005

Pursuant to Section 4(f) of the Escrow Agreement dated 29 December 2004 between Cambridge Display Technology, Inc. ("CDT"), Opsys Management Limited and the Bank of New York (the "Escrow Agreement") and in response to the Disbursement Notice filed by CDT on 2 February 2005 (the "Disbursement Notice"), Opsys Management Limited hereby notifies CDT that it contests the claims made by CDT in that notice.

The claim asserted by Sunnyside Development Company, LLC against Opsys Limited in respect of the lease at 47375 Fremont Boulevard is without foundation since Opsys Limited was no longer the lessee of the building and had assigned the lease, together with all its liabilities thereunder, to Opsys US Corporation in October 2002. This assignment was executed with the full cooperation and agreement of Sunnyside Development Company, LLC. Opsys Management Limited fully anticipates that the claim asserted by Sunnyside Development, LLC will be dismissed and that the total cost of this matter will be limited to relatively low legal costs of achieving dismissal in the courts.

Accordingly, pursuant to Sections 4(e) and 4(f) of the Escrow Agreement, Opsys Management Limited hereby files a Contest Notice and requests that no disbursement be

Opsys Management Limited, 15 Ranelagh Grove, London SW1W 8PA, United Kingdom. Company No. 05307954

OPS 07199

made in respect of the Disbursement Notice until such time as the true cost of the claim can be established, as specified in Section 4(e)(y) of the Escrow Agreement.

I would be grateful if you could acknowledge receipt of this Contest Notice by signing and dating one copy and returning it to me at:

    Opsys Management Limited
    15 Ranelagh Grove
    London SW1W 8PA
    United Kingdom

Yours Sincerely,

Alexis Zervoglos
Director, Opsys Management Limited


Receipt is acknowledged by Cambridge Display Technology, Inc. acting by:

Name: S.B.T. CHANDER
Title: V- P [unclear]
Date: 14.02.05


Receipt is acknowledged by the Bank of New York acting by:

Name:

Title:

Date:

Opsys Management Limited, 15 Ranelagh Grove, London SW1W 8PA, United Kingdom. Company No. 05307954

OPS 07200