

Cambridge Display Technology, Inc.
c/o Cambridge Display Technology Limited
Building 2020, Cambourne Business Park, Cambridgeshire, CB23 6DW, UK
Tel: +44 (0) 1954 713600   Fax: +44 (0) 1954 713620   www.cdtltd.co.uk

The Bank of New York
Corporate Trust Division
101 Barclay Street
8th Floor West
New York
NY 10286

Attention – Odell Romeo, Assistant Treasurer
By FedEx and Fax - 212-815-5877

Ref: GLA-111/565, Customer Account # 272698

September 19, 2007

Dear Sir

Re: Disbursement Notice

Pursuant to the escrow agreement date December 21, 2004 between Cambridge Display Technology, Inc ("Buyer"), Opsys Management Limited ("NewCo") and The Bank of New York ("Escrow Agent"), Buyer and NewCo hereby jointly instruct the Escrow Agent to transfer shares in Cambridge Display Technology, Inc. as indicated below.

The General Sub-Account of the Escrow Fund currently contains 126,082 shares.

Fees from December 1, 2006 to July 31, 2007 incurred on behalf of Opsys Limited relating to the Sunnyside litigation are $1,190,000. Our good faith estimate of the fees incurred in August and to be incurred in September 2007 is $35,000. The total fees are therefore $1,225,000 which equates to 102,083 shares at the IPO price of $12.

Please transfer 102,083 shares from the General Sub-Account to Cambridge Display Technology, Inc. (i. e. into treasury), and then cancel such shares. The balance on the General Sub-Account following this transaction will be 23,999 shares. Please confirm this figure.

Please affect this transfer immediately on receipt of this letter of instruction.

Yours faithfully

Hilary Charles
General Counsel

cc OML

Registered in Delaware No: 3041819, Cambridge Display Technology, Inc.
160 Greentree Drive, Suite 101, Dover, DE 19904, USA



Cambridge Display Technology, Inc.
c/o Cambridge Display Technology Limited
Building 2020, Cambourne Business Park, Cambridgeshire, CB23 6DW, UK
Tel: +44 (0) 1954 713600   Fax: +44 (0) 1954 713620   www.cdtltd.co.uk

The Bank of New York
Corporate Trust Division
101 Barclay Street
8th Floor West
New York
NY 10286

Attention – Odell Romeo, Assistant Treasurer
By FedEx and Fax - 212-815-5877
Ref: GLA-111/565, Customer Account # 272698

September 19, 2007

Letter 2

Dear Sir

Re: Disbursement Notice

Pursuant to the escrow agreement date December 21, 2004 between Cambridge Display Technology, Inc ("Buyer"), Opsys Management Limited ("NewCo") and The Bank of New York ("Escrow Agent"), Buyer and NewCo hereby jointly instruct the Escrow Agent to transfer shares in Cambridge Display Technology, Inc. as indicated below.

You will already have received a letter of today's date relating to fees incurred on behalf of Opsys Limited relating to the Sunnyside litigation. Following that request, the General Sub-Account of the Escrow Fund now contains 23,999 shares. We have sought your confirmation of this figure.

This request relates to fees from March 1, 2007 to July 31, 2007 incurred on behalf of Cambridge Display Technology Inc. in relation to its defence of an action for successor liability, following the judgment entered against Opsys Limited in the Sunnyside litigation. Fees incurred in relation to such defence amounted to $264,378 for the period to July 31, 2007. Our good faith estimate of the fees incurred in August and to be incurred in September 2007 is $20,000. The total fees are therefore $284,378 which equates to 23,698 shares at the IPO price of $12.

Please transfer 23,698 shares from the General Sub-Account to Cambridge Display Technology, Inc. (i. e. into treasury), and then cancel such shares. The balance on the General Sub-Account following this transaction will be 301 shares. Please confirm this figure.

Please affect this transfer immediately on receipt of this letter of instruction.

Yours faithfully

Hilary Charles
General Counsel

cc OML

Registered in Delaware No. 3041819, Cambridge Display Technology, Inc.
160 Greentree Drive, Suite 101, Dover, DE 19904, USA.