

The Bank of New York
Global Corporate Trust Division – Escrow Unit
101 Barclay Street
8th Floor West
New York, NY 10286
USA

Attention:    Odell Romeo, Assistant Vice President

(by post & fax:+1 212 815 5875)

20 September 2007

Dear Mr Romeo,

Re: Acquisition of CDT by Sumitomo Chemical on 19 September 2007 (the "Acquisition")

Pursuant to Section 3 of the Escrow Agreement dated 29 December 2004 between Cambridge Display Technology, Inc. ("CDT"), Opsys Management Limited ("OML") and the Bank of New York (the "Agreement") and to the Acquisition, please take this letter as permission from OML to redeem any CDT Common Stock held in the Escrow Fund in exchange for cash equal to $12 per share. Our understanding is that there are 126,082 shares in the Escrow Fund.

Net proceeds from the sale are to be invested in short-term money-market funds and deposited in the General Sub-Account of the Escrow Account as defined in the Agreement.

For the record, we would also reiterate that we have contested both Disbursement Notices filed by CDT on 19 September pending clarification from CDT as to the amounts claimed.

We would be grateful if you could acknowledge acceptance of this letter by faxing a counter-signed copy back to us on +44 20 7645 7133.

Yours Sincerely,

Alexis Zervoglos
Director, Opsys Management Limited

(cc Andrew Fields, CDT)

Receipt is acknowledged by the Bank of New York acting by:
Name: Odell Romeo
Title: Assistant Vice President
Date: 9/20/07

Opsys Management Limited, 15 Ranelagh Grove, London SW1W 8PA, United Kingdom. Company No. 05307954