

## FAX TRANSMISSION

To: Hon. Lewis Bart Stone
Justice of the Supreme Court of New York, County of New York

Fax: +1 212 608 7566

Pages: 1 (inc. cover)

Date: 12 October 2007

Cc: Hilary Charles (CDT, Inc.) – by email
Chris Heisenberg (Traiger & Hinkley) – by email

In re: Sunnyside Development Company LLC

vs.

Bank of New York,
Cambridge Display Technology, Inc. and
Opsys Management Limited

Index no. 113409-07

Dear Judge Stone,

Further to a conversation with your offices yesterday, I am writing to confirm that Opsys Management Limited ("OML") does not contest the Turnover Petition filed by the Petitioner.

Our position is that Cambridge Display Technology, Inc. ("CDT") has submitted a valid claim for all remaining assets ("the Assets") held in escrow under the terms of the Escrow Agreement dated 29 December 2004 between CDT, OML and the Bank of New York. OML is not entitled contest this claim under the Escrow Agreement and, absent the Turnover Petition, the Assets would normally have been transferred to CDT according to the terms of that agreement.

While we are not in a position to comment on the merits or otherwise of the Turnover Petition, we do not therefore contest the Turnover Petition because:
1. we are not an interested party in the outcome of this action, having relinquished any claim to the Assets under the Escrow Agreement; and
2. we have no power under the Escrow Agreement to prevent or otherwise re-direct the transfer of the Assets to CDT.

We therefore confirm that we do not contest this action and we humbly request that we be removed as a Respondent in this matter.

Yours sincerely,

Alexis Zervoglos
Director, Opsys Management Limited

Opsys Management Limited, 15 Ranelagh Grove, London SW1W 8PA, United Kingdom. Company No. 05307954