# Davis, John E.

| | |
|---|---|
| From: | Hilary Charles [HCharles@cdtltd.co.uk] |
| Sent: | Thursday, October 11, 2007 1:25 PM |
| To: | Alexis Zervoglos |
| Cc: | Hilary Charles |
| Importance: | High |
| Attachments: | Sunnyside Litigation Costs Summary as at 11th Oct 07.pdf |

Dear Alexis,

Please find attached a summary of our costs (and projected costs for the month of October) to which our Disbursements Notices of October 19, 2007 (as amended and restated by further Disbursement Notice dated September 27, 2007) relates. I'd be grateful if you could confirm that OML agrees these and does not contest the above-mentioned Disbursement Notices.

I recall your mentioning (during our telephone conversation on Tuesday) that you had received a copy of Sunnyside's Turnover Petition papers (Index number 113409/07) but that no FedXd copy had been received. I also recall you mentioning that OML has not been served with the Summons with Notice (Index number 112617/07).

Our lawyers tell me that they need to know if:

i) you have since been properly served with the Summons with Notice;
ii) you have since been served with the Turnover Petition, by FedX; and,
iii) whether you consent to removal of both or either sets of the above-mentioned proceedings to Federal Court.

Could you mail me to confirm OML's answers to the above?

Look forward to hearing from you.

Kind Regards,

Hilary


Hilary Charles
General Counsel

Cambridge Display Technology Ltd
Building 2020, Cambourne Business Park
Cambridgeshire, CB23 6DW, UK
--------------------------
T: +44 (0)1954 713600 (ex 633)
F: +44 (0)1954 713614
M: +44 (0)7703 771101
W: www.cdtltd.co.uk,
E: hcharles@cdtltd.co.uk

10/18/2007

10/18/2007

## Sunnyside Litigation Costs Summary

| | Opsys [Orrick] $ | CDT Inc [Pillsbury] $ | Counsel's Fees $ |
|---|---|---|---|
| Dec-06 | 162,462.88 | | |
| Jan-07 | 303,660.98 | | |
| Feb-07 | 447,452.07 | | |
| Mar-07 | 153,861.02 | 52,951.45 | |
| Apr-07 | 86,542.84 | 95,255.92 | |
| May-07 | 24,411.34 | 85,039.97 | 10,000.00 |
| Jun-07 | 7,942.06 | 12,911.07 | |
| Jul-07 | 2,774.16 | 8,219.68 | |
| Aug-07 | 4,825.00 | 7,633.64 | |
| Sep-07 | 16,500 | 137,368.65 | |
| Oct-07 | 100,000 | 175,000.00 | |
| | 1,310,432.35 | 574,380.38 | 10,000.00 |