UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNNYSIDE DEVELOPMENT COMPANY, LLC,

                    Plaintiff,

-v-

BANK OF NEW YORK (as escrow agent); OPSYS MANAGEMENT LIMITED; CAMBRIDGE DISPLAY TECHNOLOGY, INC.,

                    Defendants.

**VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

2007-CV-08825 (LLS)

Pursuant to Rule 41(a)(1)(A), Plaintiff Sunnyside Development Company, LLC hereby dismisses the action against Opsys Management Limited with prejudice.

Dated: January 22, 2008

                                                Sunnyside Development Company, LLC

                                                By: s/_____
                                                   Christoph C. Heisenberg (CCH-8736)

                                                TRAIGER & HINCKLEY LLP
                                                880 Third Avenue, 9th Floor
                                                New York, New York 10022-4730
                                                (212) 759-4933