UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY, LLC<br><br>      Petitioner,<br><br>   -against-<br><br>BANK OF NEW YORK (as escrow agent),<br>CAMBRIDGE DISPLAY TECHNOLOGY, INC., and<br>OPSYS MANAGEMENT LIMITED,<br><br>      Respondents. | Case No. 2007-CV-08825 (LLS)<br><br>SUPPLEMENTAL RULE 7.1<br>STATEMENT |

   Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Respondent Cambridge Display Technology, Inc. ("CDT Inc."), a private non-governmental party, states that Sumitomo Chemical Co., Ltd. is the direct parent corporation of CDT Inc. No other company, whether its securities are publicly traded or not, directly owns ten percent (10%) or more of the stock of CDT Inc. Sumitomo Chemical Co., Ltd., a Japanese corporation, has securities traded on exchanges in Japan. It does not have securities traded on exchanges in the United States and does not file periodic reports with the United States Securities and Exchange Commission, but its securities are traded on the "Pink Sheets."

New York, New York
Dated: January 25, 2008

               Respectfully submitted,

               PILLSBURY WINTHROP SHAW PITTMAN LLP

               By: /s/ Maria T. Galeno
               Maria T. Galeno, Esq. (MG-6189)
               John E. Davis, Esq. (JD-1445)
               1540 Broadway
               New York, New York 10036

Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Attorneys for Respondent Cambridge Display Technology, Inc.*


OF COUNSEL:
Bruce A. Ericson, Esq.
Alice K. M. Hayashi, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200