UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUNNYSIDE DEVELOPMENT COMPANY, LLC,

                Petitioner,

-against-

BANK OF NEW YORK (as escrow agent), CAMBRIDGE
DISPLAY TECHNOLOGY, INC. and OPSYS
MANAGEMENT LIMITED,
                Respondents.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/8

07 CIVIL 8825 (LLS)

**JUDGMENT**

      Cambridge having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Louis L. Stanton, United States District Judge, and the Court, on February 15, 2008, having rendered its Opinion and Order granting the motion to dismiss the turnover petition, and directing the Clerk to enter judgment dismissing this action, with costs and disbursements to respondents according to law, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 15, 2008, the motion to dismiss the turnover petition is granted, and this action is dismissed, with costs and disbursements to respondents according to law.

**Dated:** New York, New York
          February 19, 2008

                                                  **J. MICHAEL McMAHON**
                                                  **Clerk of Court**
                            BY:
                                                  **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____