UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    |
SUNNYSIDE DEVELOPMENT COMPANY, LLC,  |
                                    |
             Petitioner,             |   07 Civ. 8825 (LLS)
                                    |
        - against -                  |   **ORDER**
                                    |
BANK OF NEW YORK (as escrow agent),  |
CAMBRIDGE DISPLAY TECHNOLOGY, INC.   |
and OPSYS MANAGEMENT LIMITED,        |
                                    |
             Respondents.            |
------------------------------------x

    This Court's Opinion and Order dated February 15, 2008 is hereby amended as follows:

    (1)    the word "respondent" in line 4 of page 1 is deleted;

    (2)    the word "Sunnyside" is substituted for the second word "Cambridge" in footnote 2 of page 2; and

    (3)    the word "unknown" is substituted for "unkown" in line 4 of page 6.

    So Ordered.

Dated:  New York, New York
       February 19, 2008

                                        *Louis L. Stanton*
                                LOUIS L. STANTON
                                  U. S. D. J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08